UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAR BRANDON GOLSON,

           Plaintiff,

    v.

J. NARVAEZ, et al.,

           Defendants.

Case No. 18-cv-01966-WHO (PR)

**ORDER OF DISMISSAL**

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 88.)  As stated in the stipulation, the parties have resolved this case in its entirety.  Also as stated in the stipulation, each party shall bear its own attorney's fees and litigation costs.

The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 15, 2024



_____
WILLIAM H. ORRICK
United States District Judge